■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. CORNELIUS HINSON, Defendant.— Motion by defendant for leave to file a late notice of appeal, to dispense with printing, and for assignment of counsel, denied, without prejudice to any application defendant may make at the Criminal Term of the Supreme Court in Kings County (see *People* v. *Hairston*, 10 N Y 2d 92, affg. 12 A D 2d 721). Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ MICHAEL COMPITELLO, Appellant, v. LEANDER MOORE et al., Respondents.— Motions by respondents to dismiss appeal granted; appeal dismissed, without costs. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ CORNELL ASSOCIATES, INC., Respondent, v. DOBBS FERRY DEVELOPMENT CORP. et al., Defendants, and JACOB OLINER et al., Appellants.— Motions by respondent to dismiss appeals from two orders of the Supreme Court, Westchester County, entered respectively April 4, 1961 and August 30, 1961. Motions granted, with $10 costs on each motion; appeals dismissed. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ GIFFORD CONSTRUCTION CO. INC., Respondent, v. HAMILTON PARK CONSTRUCTION CO. INC., Defendant and Third-Party Plaintiff-Respondent. CHARLES DONAHUE et al., Constituting the Board of Water Commissioners of Garden City Park Water District, Third-Party Defendants-Appellants.— Motion by third-party defendants for leave to appeal to this court from an order of the Appellate Term of the Supreme Court which affirmed an order of the District Court, Nassau County. Motion granted. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ SEYMOUR M. GOLDBERG, as Assignee of MORTON ALBERT, Appellant, v. SPRUCE RIDGE CORPORATION et al., Respondents.— Motion by respondents Spruce Ridge Corporation and Goell to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ EVELYN IZZO, Respondent, v. ISADORE IZZO, Appellant.— Motion by respondent to dismiss appeal from an order of the Supreme Court, Kings County, entered June 28, 1962 granted; appeal dismissed, without costs. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE PIZARRO, Appellant.— Motion by appellant to vacate order dated October 9, 1961, dismissing his appeal from a judgment of conviction, granted; order vacated. Appellant's time to perfect the appeal is enlarged to the January 1963 Term; appeal ordered on the calendar for said term. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ ANGELINA SCHETTINI, Appellant, v. GREAT ATLANTIC & PACIFIC TEA COMPANY et al., Respondents.— Motion by respondents to dismiss appeal granted; appeal dismissed, without costs. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ ANNA WHITE, as Administratrix of the Estate of THOMAS A. WHITE, Deceased, et al., Appellants, v. HARRY GOLDBERG et al., Respondents.— Motion by respondents to dismiss appeal granted; appeal dismissed, without costs. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ In the Matter of the Estate of GEORGE BUBITCH, Deceased. ANNA GREENSPAN, Appellant; WILLIAM KOLODNY, as Administrator, et al., Respondents.— Oral motion by respondents on the calendar call to dismiss appeal from a decree of the Surrogate's Court, Kings County, entered July 28, 1961. Motion granted; appeal dismissed. Oral motion by appellant on the calendar call to enlarge time to perfect appeal, denied. Ughetta, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.